## 386

Argued and submitted August 28, 1996, reversed and remanded for new trial
February 12, 1997

STATE OF OREGON,
*Respondent,*

*v.*

DEANNA LEE GALLO,
*Appellant.*

(95-2663-C-3; CA A90029)

934 P2d 447

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

David B. Thompson, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for new trial. *State v. Hadley*, 146 Or App 166, 932 P2d 1194 (1997).